# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIXIU GUO,<br><br>       Petitioner,<br><br>  v.<br><br>TODD BLANCHE, et al.<br><br>       Respondents. | Case No. 5:26-cv-02137-DKW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 17). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.    Judgment shall be entered granting Grounds 2 and 3 of the Petition and denying Ground 1.

2.    Respondents shall release Shixiu Guo (A# 216-927-111) unless they provide him with a constitutionally adequate bond hearing pursuant to

8 U.S.C. § 1226(a) **within 7 days**. If the government intends to rely on the pending driving under the influence charge as evidence of dangerousness or flight risk, the immigration judge must place the burden on the government to provide probative and specific evidence of the offense.

DATED: June 30, 2026 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

2