UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIXIU GUO,<br><br>    Petitioner,<br><br>  v.<br><br>TODD BLANCHE, et al.<br><br>    Respondents. | Case No. 5:26-cv-02137-DKW-KES<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 2 and 3 of the Petition are granted and Ground 1 is denied.

DATED:  June 30, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge