UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIXIU GUO,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.<br>Respondents. | Case No. 5:26-cv-02137-DKW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' post-judgment filings (Dkt. 22, 23, 24), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 25). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's Motion to Enforce the Judgment (Dkt. 22) is denied without prejudice to Petitioner challenging the Live With Sponsor Condition in a new action.

DATED: June 30, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge